**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-1432**

———————

ROBERT L. BEEGLE, JR.,

                                   Plaintiff - Appellant,

        versus

NATIONSBANK OF NORTH CAROLINA, N.A.; BLUE
RIDGE BANK,

                                   Defendants - Appellees,

        and

FEDERAL TRADE COMMISSION,

                                   Defendant.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, Chief District Judge.  (CA-95-44-5-V)

———————

Submitted:  October 3, 1996        Decided:  October 9, 1996

———————

Before ERVIN, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert L. Beegle, Jr., Appellant Pro Se.  Felicia A. Washington, KENNEDY, COVINGTON, LOBDELL & HICKMAN, Charlotte, North Carolina; Edward Jennings, LAW OFFICES OF EDWARD JENNINGS, Taylorsville, North Carolina, for Appellees.

———————

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert L. Beegle, Jr., appeals from the district court's order denying relief on his complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Beegle v. NationsBank of North Carolina</u>, No. CA-95-44-5-V (W.D.N.C. Mar. 25, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>